In the Matter of JUDITH MEDICO, Individually and on Behalf of Her Minor Children, Petitioner, v BARBARA BLUM, as Commissioner of the New York State Department of Social Services, et al., Respondents. — Proceeding pursuant to CPLR article 78 to review a determination of the State Commissioner of Social Services, dated November 5, 1979, and made after a statutory fair hearing, which affirmed a determination of the local agency to reduce petitioner's grant of assistance on the ground that certain moneys received by petitioner monthly from a nonlegally responsible relative constituted available income. Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. The determination is supported by substantial evidence. Weinstein, J. P., O'Connor, Thompson and Boyers, JJ., concur.

In the Matter of PRO BEN CORP., Petitioner, v EDWARD J. McLAUGHLIN, as Chairman of the State Liquor Authority, et al., Respondents. — Proceeding pursuant to CPLR article 78 to review a determination of the respondent State Liquor Authority, which, after a hearing, found petitioner guilty of violating subdivision 6 of section 106 of the Alcoholic Beverage Control Law "in that it suffered or permitted the licensed premises to become disorderly", and imposed a penalty. Determination confirmed and proceeding dismissed on the merits, with costs. There is substantial evidence in the record as a whole to support the determination where, *inter alia,* the licensee's manager engaged in an altercation with a patron, using unreasonable force under the circumstances (see *Matter of Club 95 v New York State Liq. Auth.,* 23 NY2d 784, 785; cf. *Matter of Playboy Club of N. Y. v State Liq. Auth. of State of N. Y.,* 23 NY2d 544, 549-550). Furthermore, the penalty imposed (a 15-day suspension, five of which are to be deferred) was not so disproportionate to the charge as to be shocking to one's sense of fairness (see *Matter of 24A Lounge v New York State Liq. Auth.,* 61 AD2d 1015). Damiani, J. P., Gibbons, O'Connor and Boyers, JJ., concur.